JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | Case No. CV 20-10304-PA (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| R. FARLEY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated:  September 25, 2021

PERCY ANDERSON
United States District Judge